"O"

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SA CR 12-207-JVS |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148(b) |
| DANIEL BUNING, | ) (Alleged Violation of Conditions of Pre-Sentence Release) |
| Defendant. | ) |

**A.**

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by United States District Judge James V. Selna, and the Court having conducted a hearing on the alleged violations;

**B.**

The Court finds

( X ) that there is probable cause to believe that defendant has committed a Federal, State, or local crime while on release; and/or

///

///

( X ) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

Use of alcohol condition; curfew condition.

_____

_____

and

( X ) that based on the factors set forth in 18 U.S.C. § 3142(g), defendant cannot show by clear and convincing evidence that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

(  ) that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

( X ) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(  ) that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

(  ) This Order shall be stayed for 72 hours in order to allow the Government to seek review from the assigned District Judge.

C.

( X )   IT IS ORDERED that the defendant be detained prior to trial.

Dated: __1/13/2014__

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge